UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NGHIA NGUYEN,

          Plaintiff,

   v.

NANCY FERNELIUS, et al.,

          Defendants.

CASE NO. 3:23-CV-5102-TL-DWC

ORDER TO CORRECT DEFICIENCY

The District Court referred this action to United States Magistrate Judge David W. Christel. Plaintiff, proceeding *pro se* and *in forma pauperis*, has filed a complaint alleging claims under 42 U.S.C. § 1983. Attached to the complaint is an unsigned and undated motion for appointment of counsel. Dkt. 1-2

Pursuant to Fed. R. Civ. P. 11, "[e]very pleading, written motion, and other paper must be signed by . . . a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Rule 11 also directs that the court must strike an unsigned paper unless the omission is promptly corrected. *Id*.

The Court therefore ORDERS as follows: If plaintiff seeks to have the Court consider his motion for counsel, he shall file a signed and dated motion on or before **April 7, 2023**. If

plaintiff fails to do, the Clerk is directed to strike plaintiff's motion for appointment of counsel (Dkt. 1-2).

Dated this 14th day of March, 2023.

David W. Christel
Chief United States Magistrate Judge