UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NGHIA NGUYEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANCY FERNELIUS, et al.,<br><br>　　　　　Defendants. | CASE NO. 3:23-CV-5102-TL-DWC<br><br>ORDER GRANTING MOTION TO EXTEND |

This matter has been referred to Magistrate Judge David W. Christel. Before the Court is Plaintiff's Motion for Extension of Time to File a Response to Defendants' Motion for Summary Judgment.[1] Dkt. 56. Plaintiff requests an additional two months to prepare and file a response in opposition to summary judgment. Dkt. 56. In a declaration submitted in support of this request, Plaintiff explains that English is not his first language, so he relies on the assistance of others to

---

[1] As this motion pertains to an imminent deadline, the Court addresses Plaintiff's request for an extension without a response from Defendants. If Defendants oppose an extension, they may see reconsideration of this order.

ORDER GRANTING MOTION TO EXTEND - 1

1  read, research, and prepare matters in this case.  Dkt. 57. He believes an extension until
2  December 16, 2024, will provide him sufficient time to prepare and file a response. *Id.*
3       Upon review, the Court concludes Plaintiff has shown good cause and grants the Motion
4  for Extension of Time to File Response. Dkt. 56. The new deadline for Plaintiff to file a response
5  in opposition to Defendants' Motion for Summary Judgment is December 9, 2024. Defendants
6  may file a reply in support of their Motion not later than December 16, 2024.
7       The Clerk of Court is directed to renote the Motion for Summary Judgment (Dkt. 47) for
8  consideration on December 16, 2024.
9       Dated this 16th day of October, 2024.

David W. Christel
United States Magistrate Judge